**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **GREGORY D. EVANS, LIGATT SECURITY INTERNATIONAL, INC. and SPOOFEM.COM USA INC.,** | |
| Plaintiff, | 1:11-cv-458-WSD |
| v. | |
| JOHN DOES 1-8, | |
| Defendant. | |

## OPINION AND ORDER

This matter is before the Court on Plaintiffs' Revised Motion to Amend the Court's Expedited Discovery Order [11]. In the motion, Plaintiffs request the Court to expand the expedited discovery requested by Plaintiffs in the Motion for Expedited Discovery [5] filed on February 15, 2011, and which the Court allowed in its March 1, 2011, order [8]. Specifically, Plaintiffs now request they be allowed to conduct "limited discovery from third parties – namely Twitter, Inc., 1&1 Internet, Inc., GoDaddy.com, Inc., and Wildwest Domains Inc. or any other additional third-party that is reasonably calculated to lead to the discovery of information concerning the identity of the John Does in this action." Rev'd. Mot. to Amend at 2.

The Court, having already found that reasonable pre-Answer expedited discovery is warranted in this case, further concludes that certain third-party discovery is appropriate to further identify the John Doe defendants in this action. However, the Court concludes that the discovery should be limited to the registrars and domain names listed on page 11 of the March 1, 2011, order.  The Court further concludes that the discovery means should be limited to the service of a subpoena for the production of documents or electronically stored information sufficient to identify the person or persons associated with each domain name, including but not limited to those persons who applied for, paid for, or are listed as contacts for one or more of the domain names.  The Court specifically concludes that the discovery be limited to the service of subpoenas for the production of documents and electronic information pursuant to Rule 45(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Revised Motion to Amend the Court's Expedited Discovery Order [11] is **GRANTED** to the extent that Plaintiffs may, pursuant to Rule 45(b) of the Federal Rules of Civil Procedure, serve subpoenas for the production of documents and electronically stored information on the registrars listed on page 11 of the March 1, 201, order with discovery

directed to a request for documents and information sufficient to identify the person or persons associated with the domain names listed on page 11 of the March 1, 2011, order, including but not limited to those persons who applied for, paid for, or are listed as contacts for the domain names.

**SO ORDERED** this 7th day of March, 2011.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE