**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **GREGORY D. EVANS, LIGATT SECURITY INTERNATIONAL, INC. and SPOOFEM.COM USA INC.,** | |
| Plaintiff, | 1:11-cv-458-WSD |
| v. | |
| **JOHN DOES 1-8,** | |
| Defendant. | |

## ORDER

On March 11, 2011, the Court entered an Order granting Plaintiffs' motion for preliminary injunction and set a hearing on the entry of a permanent injunction for May 23, 2011, at 10:00 a.m. Neither Plaintiffs nor their counsel appeared on the date and time set by the Court for the permanent injunction hearing.

Accordingly,

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the preliminary injunction should not be dissolved for failure to prosecute this action. See L.R. 41.3(A)(2).

**SO ORDERED** this 23rd day of May, 2011.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE