IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREGORY D. EVANS, et al,** | |
| **Plaintiffs,** | |
| v. | 1:11-cv-458-WSD |
| **JOHN DOES 1-8,** | |
| **Defendants.** | |

## ORDER

Local Rule 41.2 provides that, in accordance with Rule 4 of the Federal Rules of Civil Procedure, the Court may dismiss an action without prejudice as to any defendant not served within 120 days after the filing of the complaint. L.R. N.D. Ga. 41.2(B); <u>see also</u> Fed. R. Civ. P. 4(m). As of this date, Plaintiffs have not provided the Court with proof of service as to any Defendant in the above-styled action.

Plaintiffs are hereby ordered to show cause on or before August 2, 2011, why this action should not be dismissed for failure to effectuate service of process.

**SO ORDERED** this 19th day of July 2011.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE