IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY D. EVANS, LIGATT SECURITY INTERNATIONAL, INC., and SPOOFEM.COM USA INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> JOHN DOES 1-8, <br><br>  Defendants. | CIVIL ACTION NO. 1:11-cv-00458-WSD |

## CONSENT ORDER

This matter is before the Court on Plaintiffs' CONSENT MOTION (the "Motion"). Having reviewed Plaintiffs' Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that, for good cause shown, the Motion is **GRANTED**.

This Court's March 10, 2011 Preliminary Injunction Order is hereby amended and superseded so that the owner and registrar of the following domain names may be transferred to any of the Plaintiffs: <ligattleaks.com>, <ligattleaks.net>, and <ligattleaks.org> (the "Domain Names"). Specifically,

control and ownership of the Domain Names may be transferred to any of the Plaintiffs and/or any registrar designated by any Plaintiff. After such transfer of the Domain Names to Plaintiffs, 1&1 Internet Inc. is no longer enjoined from: (i.) transferring, amending, altering, or assigning the Domain Names; or (ii.) transferring the accounts associated with the Domain Names to another registrar.

**SO ORDERED** this 4th day of August, 2011.

*[signature]*
HON. WILLIAM S. DUFFEY, JR.
JUDGE, UNITED STATES DISTRICT COURT